R#150940 /#3030

# DIVIDENDS REMITTED TO THE COURT

Check Number 3030 Dated 09/02/10
Case Number 09-19150 - EBOSH, ERIC L.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Premium Asset Recovery***<br>PARC<br>PO Box 1810<br>Warren, MI, 48090<br>  (4-1) 01073033845 | 000004 | 100.00 | 1.73 |
| **CBSC, Inc.**<br>PO Box 2818<br>North Canton, OH 44720 | 000029 | 191.36 | 3.31 |
| ---------- Remittance Total --------------- | | 291.36 | 5.04 |

SHELDON STEIN, BANKRUPTCY TRUSTEE

FILED 10 SEP 14 AM 10:28
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND